# Exhibit A

STATE OF NORTH CAROLINA     FILED    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF WAKE     2015 SEP 10 A 9:50   BEFORE THE CLERK
15-E-1997

WAKE COUNTY, C.S.C.
BY_____

| | |
|---|---|
| In the Matter of the Estate of </br></br> RALPH L. FALLS, JR., </br></br> Deceased. | CREDITOR'S CLAIM |

       Pursuant to N.C Gen. Stat. §28A-19-1, RALPH L. FALLS III ("Creditor") hereby presents for filing against the above-referenced estate this Creditor's Claim (the "Claim"). In support of the Claim, Creditor alleges as follows:

    1.     The basis of the Claim is rent and other amounts due Creditor under a Lease, dated December 5, 2005 (the "Lease").

    2.     The amount of the Claim is Two Hundred Fifty Five Thousand and 00/100 Dollars ($255,000.00), plus rent and other amounts accruing under the Lease from and after June 30, 2015, which amount is now due and owing.

    3.     The name and address of Creditor is Ralph L. Falls III, 69 Edgewood Road, Summit, NJ 07901.

    4.     The Claim is not contingent and not secured by any liens or judgments.

5. The Claim is justly due and no payment has been made thereon to the knowledge of Creditor.

This the 10th day of September, 2015.

*Eric AN*
Eric Snider
N.C. State Bar No. 43378
SMITH MOORE LEATHERWOOD LLP
101 North Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: 704-384-2600
Facsimile: 704-384-2800

Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Eric Snider, do hereby certify that the foregoing CREDITOR'S CLAIM has been filed this 10th day of September 2015, by hand delivering the original thereof, to:

Clerk of Superior Court–Estates Division
316 Fayetteville Street Mall
Raleigh, NC 27602

And mailing a copy to the Executor of the estate by certified U.S. mail, postage prepaid, return receipt requested, and addressed as follows:

Goldman Sachs Trust Company, N.A.
c/o J. Mitchell Armbruster
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, North Carolina 27601

*Eric AN*

PRINT NAME: Eric Snider

CHARLOTTE 141068.1

2