IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:16-CV-98

| | |
|---|---|
| In the Matter of the Estate of<br><br>RALPH L. FALLS, JR.,<br><br>Deceased. | NOTICE OF APPEARANCE |

**NOW COMES** the undersigned, Jonathan P. Heyl of the law firm of Smith Moore Leatherwood LLP, a member in good standing of the bar of North Carolina and admitted to practice before this Court, and hereby gives notice of appearance to this Court as counsel for Defendant, Ralph L. Falls III, in this matter. By this entry of appearance, the undersigned counsel respectfully requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter. The purpose of this entry of appearance is to ensure that the undersigned counsel receives electronic notice of filing through the CM/ECF system.

Respectfully submitted, this 7th day of March, 2016.

/s/ Jonathan P. Heyl
Jonathan P. Heyl
N.C. State Bar No. 25559
SMITH MOORE LEATHERWOOD LLP
101 North Tryon Street
Suite 1300
Charlotte, North Carolina 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
E-mail: jon.heyl@smithmoorelaw.com

*Attorney for Defendant Ralph L. Falls III*

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system and served counsel for all parties by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to the following counsel of record as follows:

>James K. Dorsett, III
>J. Mitchell Armbruster
>Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
>Post Office Box 2611
>Raleigh, NC  27602-2611
>*Attorneys for Plaintiff Ralph L. Falls Jr.*

This the 7th day of March, 2016.

>*/s/ Jonathan P. Heyl*
>Jonathan P. Heyl
>
>*Attorney for Defendant Ralph L. Falls III*