UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Estate of<br>RALPH L. FALLS, JR.,<br><br>          Deceased.<br><br>―――――――――――――――<br><br>RALPH L. FALLS, III,<br><br>          Counterclaimant/<br>          Third-Party Plaintiff,<br>v.<br><br><br>GOLDMAN SACHS TRUST COMPANY, N.A.,<br>as Executor of the Estate of<br>RALPH L. FALLS, SR., and as Trustee of the<br>RALPH LANE FALLS REVOCABLE<br>DECLARATION OF TRUST;<br>DIANE C. SELLERS; LOUISE FALLS CONE,<br>individually and on behalf of her minor children<br>and unborn issue;<br>MARY COOPER FALLS WING, individually<br>and on behalf of her minor children and unborn<br>issue,<br><br>          Counterclaim/<br>          Third-Party Defendants. | **JUDGMENT**<br><br>No. 5:16-CV-98-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for consideration of Goldman Sachs Trust Company, N.A.'s motion to remand and transfer the action, and for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2016, that Goldman Sachs's motion is GRANTED with respect to remand to the Wake County Clerk of Superior Court, DENIED with respect to attorney fees and costs, and DENIED with respect to transfer to the Wake County Superior Court Division. This matter is hereby REMANDED to the Estates Division of the Wake County Clerk of Superior Court, for further proceedings.

**This Judgment Filed and Entered on July 15, 2016, and Copies To:**

J. Mitchell Armbruster (via CM/ECF Notice of Electronic Filing)
James K. Dorsett, III (via CM/ECF Notice of Electronic Filing)
Lynn F. Chandler (via CM/ECF Notice of Electronic Filing)
Matthew W. Krueger-Andes (via CM/ECF Notice of Electronic Filing)
Timothy Patrick Lendino (via CM/ECF Notice of Electronic Filing)
Jonathan P. Heyl (via CM/ECF Notice of Electronic Filing)
Johnny M. Loper (via CM/ECF Notice of Electronic Filing)b
Jesse A. Schaefer (via CM/ECF Notice of Electronic Filing)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court (via U.S. Mail at 316 Fayetteville Street, Raleigh, NC 27601)

July 15, 2016                        JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Susan W. Tripp
                                     (By) Susan W. Tripp, Deputy Clerk